# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | |
|---|---|
| **CHRISTINA ELAINE JONES, ET AL** | **CIVIL ACTION NO. 2:23-CV-1311** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **WESTLAKE U S 2 LLC, ET AL** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

## ORDER

Considering the VOLUNTARY MOTION TO DISMISS ("the Motion") [Doc. 37], filed by Plaintiffs, Christina Elaine Jones and Donna Martin Jones;

IT IS HEREBY ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that this lawsuit and all claims asserted herein by Plaintiffs, Christina Elaine Jones and Donna Martin Jones against Defendants, Westlake U S 2 LLC and Eagle Spinco Inc., are hereby DISMISSED WITHOUT PREJUDICE, with each party to bear their own attorney's fees and court costs.

THUS, DONE AND SIGNED in Chambers on this 5th day of February 2024.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE